**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

_____
**Eastern District of Virginia**

Case number (*If known*): _____

Chapter you are filing under:

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**12/17**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint* case—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Identify Yourself

|  |  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|---|
| 1. | **Your full name** | | |

Write the name that is on your government-issued picture identification (for example, your driver's license or passport).

Bring your picture identification to your meeting with the trustee.

**About Debtor 1:**

**Francis**
First name

**J.**
Middle name

**Robinson**
Last name

_____
Suffix (Sr., Jr, II, III)

**About Debtor 2 (Spouse Only in a Joint Case):**

**Renita**
First name

**L.**
Middle name

**Priestley**
Last name

_____
Suffix (Sr., Jr, II, III)

2. **All other names you have used in the last 8 years**

Include your married or maiden names.

_____
First name

_____
Middle name

_____
Last name

_____
First name

_____
Middle name

_____
Last name

_____
First name

_____
Middle name

_____
Last name

_____
First name

_____
Middle name

_____
Last name

3. **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)**

xxx – xx – **7  8  5  6**

OR

9xx – xx – ___  ___  ___  ___

xxx – xx – **2  5  2  0**

OR

9xx – xx – ___  ___  ___  ___

| Debtor 1 | **Francis** | **J.** | **Robinson** | |
|---|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☑ I have not used any business names or EINs.

_____
Business name

_____
Business name

___ ___ - ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ - ___ ___ ___ ___ ___ ___ ___
EIN

☑ I have not used any business names or EINs.

_____
Business name

_____
Business name

___ ___ - ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ - ___ ___ ___ ___ ___ ___ ___
EIN

**5. Where you live**

**5844 Riverside Dr**
Number        Street

_____

**Woodbridge, VA 22193**
City                        State    ZIP Code

**Prince William**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City                        State    ZIP Code

If Debtor 2 lives at a different address:

**5844 Riverside Dr.**
Number        Street

_____

**Woodbridge, VA 22193**
City                        State    ZIP Code

**Prince William**
County

**If Debtor 2's mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number        Street

_____
P.O. Box

_____
City                        State    ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____

_____

_____

_____

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408)

_____

_____

_____

_____

| Debtor 1 | **Francis** | **J.** | **Robinson** | |
|---|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

<span style="background:black;color:white">**Part 2:**</span> **Tell the Court About Your Bankruptcy Case**

| 7. | **The chapter of the Bankruptcy Code you are choosing to file under** | *Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form B2010)). Also, go to the top of page 1 and check the appropriate box. |
|---|---|---|

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

---

**8.** **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay Your Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

☐ No.
☑ Yes.

| District | **District of Connecticut** | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| | | | MM / DD / YYYY | | |
| District | **District of Connecticut** | When | **10/12/2005** | Case number | **05-35989 Renita Priestley** |
| | | | MM / DD / YYYY | | |
| District | _____ | When | _____ | Case number | _____ |
| | | | MM / DD / YYYY | | |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No.
☐ Yes.

| Debtor | _____ | | Relationship to you | _____ |
|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known _____ |
| | | | MM / DD / YYYY | |
| Debtor | _____ | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known _____ |
| | | | MM / DD / YYYY | |

---

**11.** **Do you rent your residence?**

☑ No.  Go to line 12.

☐ Yes.  Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

---

| Debtor 1 | **Francis** | **J.** | **Robinson** | |
|---|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

---

## Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number          Street

_____

_____
City                          State        ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

## Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.   What is the hazard?    _____

_____

If immediate attention is needed, why is it needed?   _____

_____

Where is the property?   _____
Number          Street

_____

_____
City                          State        ZIP Code

---

| Debtor 1 | **Francis** | **J.** | **Robinson** | |
|---|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

**Part 5:**  Explain Your Efforts to Receive a Briefing About Credit Counseling

**15.  Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**  I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**  My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | **Francis** | **J.** | **Robinson** |
|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** |
| | First Name | Middle Name | Last Name |

Case number (if known) _____

---

**Part 6:** Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** Business debts are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

---

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No

☐ Yes

---

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,000-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

---

**Part 7:** Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**X** /s/ Francis J. Robinson
Francis J. Robinson, Debtor 1
Executed on **01/16/2020**
MM/  DD/  YYYY

**X** /s/ Renita L. Priestley
Renita L. Priestley, Debtor 2
Executed on **01/16/2020**
MM/  DD/  YYYY

| | | | |
|---|---|---|---|
| Debtor 1 | **Francis** | **J.** | **Robinson** |
| Debtor 2 | **Renita** | **L.** | **Priestley** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ Robert R. Weed**

Robert R. Weed, Attorney

Date **01/16/2020**

MM / DD / YYYY

**Robert R. Weed**

Printed name

**Law Offices Of Robert Weed**

Firm name

**1376 Old Bridge Rd. Ste 101-4**

Number          Street

**Woodbridge**                          **VA**    **22192**

City                                        State    ZIP Code

Contact phone **(703) 335-7793**          Email address **robertweed@robertweed.com**

**24646**                                        **VA**

Bar number                              State

---

Fill in this information to identify your case and this filing:

| | | | |
|---|---|---|---|
| Debtor 1 | **Francis** | **J.** | **Robinson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Renita** | **L.** | **Priestley** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Eastern District of Virginia** | |
| Case number | | | |

☐ Check if this is an amended filing

## Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ☑ Yes. Where is the property?

   1.1 **5844 Riverside Dr**
   Street address, if available, or other description

   **Woodbridge, VA 22193**
   City          State     ZIP Code

   **Prince William**
   County

   **What is the property?** Check all that apply.

   ☑ Single-family home
   ☐ Duplex or multi-unit building
   ☐ Condominium or cooperative
   ☐ Manufactured or mobile home
   ☐ Land
   ☐ Investment property
   ☐ Timeshare
   ☐ Other _____

   **Who has an interest in the property?** Check one.

   ☐ Debtor 1 only
   ☐ Debtor 2 only
   ☑ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another

   **Source of Value:**
   **Zillow.com**

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

   | Current value of the entire property? | Current value of the portion you own? |
   |---|---|
   | $349,982.00 | $349,982.00 |

   Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

   **Tenancy By The Entirety**

   ☐ Check if this is community property
   (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**....................................................... → | $349,982.00 |

| Debtor 1 | **Francis** | **J.** | **Robinson** | |
|---|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

### Part 2:   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles
you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.   **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
☑ Yes

**3.1**   Make:   Dodge

Model:   Ram 1500

Year:   2014

Approximate mileage:   96000

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   $22,052.00

**Current value of the portion you own?**   $22,052.00

If you own or have more than one, list here:

**3.2**   Make:   Chrysler

Model:   Town & Country

Year:   2011

Approximate mileage:   140340

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   $1,635.00

**Current value of the portion you own?**   $1,635.00

**3.3**   Make:   Chev

Model:   Malibu

Year:   2018

Approximate mileage:

Other information:

**Who has an interest in the property?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**   $20,000.00

**Current value of the portion you own?**   $20,000.00

| Debtor 1 | **Francis** | **J.** | **Robinson** | |
|----------|-------------|--------|--------------|--|
| Debtor 2 | **Renita** | **L.** | **Priestley** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

---

**3.4** Make: <u>Volkswagen</u>

Model: <u>Jetta</u>

Year: <u>2006</u>

Approximate mileage: _____

Other information:

**Who has an interest in the property?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

**Current value of the entire property?**
$3,695.00

**Current value of the portion you own?**
$3,695.00

---

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   - ☑ No
   - ☐ Yes

---

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.................................................................. → | $47,382.00 |

---

## Part 3:  Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

---

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   - ☐ No
   - ☑ Yes. Describe........    | Household Goods & Furnishings |    $1,200.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   - ☐ No
   - ☑ Yes. Describe........    | Entertainment & Electronics |    $500.00

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   - ☑ No
   - ☐ Yes. Describe........    | |    _____

---

| Debtor 1 | **Francis** | **J.** | **Robinson** |
|----------|-------------|--------|--------------|
| Debtor 2 | **Renita** | **L.** | **Priestley** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

---

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe........ [_____]    _____

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☐ No
    ☑ Yes. Describe........ [ Firearms ]    **$1,000.00**

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe........ [ Clothing ]    **$250.00**

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☐ No
    ☑ Yes. Describe........ [ See Attached. ]    **$550.00**

13. **Non-farm animals**

    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe........ [_____]

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Describe........ [_____]

15. Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached
    for Part 3. Write that number here ........................................................................... ➜    [ **$3,500.00** ]

---

**Part 4:** Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**    **Current value of the portion you own?**
Do not deduct secured claims or exemptions.

| Debtor 1 | **Francis** | **J.** | **Robinson** | |
|---|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

16. **Cash**

   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ☐ No
   ☑ Yes.................................................................................................................... Cash.............        $12.00

17. **Deposits of money**

   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other
   similar institutions. If you have multiple accounts with the same institution, list each.

   ☐ No
   ☑ Yes..................

   Institution name:

   17.1. Checking account:      **Wells Fargo #6365 overdrawn**                ($399.00)

   17.2. Checking account:      **Apple FCU # His**                $200.00

   17.3. Savings account:      **Wells Fargo #2619**                $9.00

   17.4. Savings account:      **Apple FCU #0128**                $5.00

   17.5. Certificates of deposit:      _____                _____

   17.6. Other financial account:      **Wells Fargo #0658**                $2.00

   17.7. Other financial account:      _____                _____

   17.8. Other financial account:      _____                _____

   17.9. Other financial account:      _____                _____

18. **Bonds, mutual funds, or publicly traded stocks**

   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

   ☑ No
   ☐ Yes..................

   Institution or issuer name:

   _____                _____

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in
   an LLC, partnership, and joint venture**

   ☑ No
   ☐ Yes. Give specific
   information about
   them...................

   Name of entity:                % of ownership:

| Debtor 1 | **Francis** | **J.** | **Robinson** | |
|---|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

_____    _____    _____

**20.** **Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific
   information about
   them...................

Issuer name:

_____    _____

**21.** **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No
☑ Yes. List each account
   separately.

Type of account:      Institution name:

| Retirement account: | **Fairfax County Retirement** | $18,572.00 |
|---|---|---|
| Retirement account: | **Fairfax County Retirement** | $18,218.00 |
| Pension plan: | **Virginia Retirement System** | $26,554.00 |
| Pension plan: | **Virginia Retirement System his** | unknown |

**22.** **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company

*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No
☐ Yes...................

      Institution name or individual:

Electric: _____    _____

Gas: _____    _____

Heating oil: _____    _____

Security deposit on rental unit: _____    _____

Prepaid rent: _____    _____

Telephone: _____    _____

| | | | |
|---|---|---|---|
| Debtor 1 | **Francis** | **J.** | **Robinson** |
| Debtor 2 | **Renita** | **L.** | **Priestley** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

Water: _____    _____

Rented furniture: _____    _____

Other: _____    _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

☑ No
☐ Yes....................

Issuer name and description:

_____    _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No
☐ Yes....................

Institution name and description. Separately file the records of any interests. 11 U.S.C. § 521(c):

_____    _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No
☐ Yes. Give specific
information about them....

_____

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:*    Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
information about them....

_____

27. **Licenses, franchises, and other general intangibles**

*Examples:*    Building permits, exclusive licenses, cooperative association holdings, liquor licenses,
professional licenses

☑ No
☐ Yes. Give specific
information about them....

_____

**Money or property owed to you?**

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

| Debtor 1 | **Francis** | **J.** | **Robinson** | |
|---|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* |

28. **Tax refunds owed to you**

☐ No
☑ Yes. Give specific information about them, including whether you already filed the returns and the tax years.....................

| See Attached. | Federal: | $6,600.00 |
| | State: | $1.00 |
| | Local: | |

29. **Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information..........

| | Alimony: | |
| | Maintenance: | |
| | Support: | |
| | Divorce settlement: | |
| | Property settlement: | |

30. **Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☐ No
☑ Yes. Give specific information..........

| See Attached. | $5,735.41 |

31. **Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
☑ Yes. Name the insurance company of each policy and list its value....

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **New York Life Insurance Policy** | | unknown |
| **American Life Insurance Policy** | | unknown |
| **Term Life Insurance Through Work** | | $2.00 |

32. **Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

☐ No
☑ Yes. Give specific information..........

| Interest in Inchoate Inheritance | $2.00 |

| Debtor 1 | **Francis** | **J.** | **Robinson** |
|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

---

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:*  Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No
    ☐ Yes.  Describe each claim................

    _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☑ No
    ☐ Yes.  Describe each claim................

    _____

35. **Any financial assets you did not already list**

    ☑ No
    ☐ Yes.  Give specific information..........

    _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**................................................................................................→

    $75,515.41

---

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☑ No. Go to Part 6.
    ☐ Yes. Go to line 38.

    **Current value of the portion you own?**
    Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

    ☑ No
    ☐ Yes. Describe........

    _____

39. **Office equipment, furnishings, and supplies**

    *Examples:*  Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

    ☑ No
    ☐ Yes. Describe........

    _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

    ☑ No
    ☐ Yes. Describe........

    _____

| Debtor 1 | **Francis** | **J.** | **Robinson** | |
|---|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**41.  Inventory**

☑ No
☐ Yes. Describe........

_____

**42.  Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe........

Name of entity: _____    % of ownership: _____%   _____

**43.  Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

☑ No
☐ Yes. Describe........

_____

**44.  Any business-related property you did not already list**

☑ No
☐ Yes. Give specific
information.........

_____   _____

**45.  Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached
for Part 5. Write that number here**.................................................................................➔   | $0.00 |

---

| **Part 6:** | Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In. |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

**46.  Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
☑ No. Go to Part 7.
☐ Yes. Go to line 47.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

**47.  Farm animals**

*Examples:*   Livestock, poultry, farm-raised fish

☑ No
☐ Yes......................

_____

**48.  Crops—either growing or harvested**

☑ No
☐ Yes. Give specific
information.............

_____

| Debtor 1 | **Francis** | **J.** | **Robinson** | |
|---|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes........................

_____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes........................

_____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific
information.............

_____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**.................................................................➜ | $0.00 |

---

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**

*Examples:*   Season tickets, country club membership

☑ No
☐ Yes. Give specific
information.............

_____
_____
_____

54. **Add the dollar value of all of your entries from Part 7. Write that number here**......................➜ | $0.00 |

---

**Part 8:** List the Totals of Each Part of this Form

55. **Part 1: Total real estate, line 2**..........................................................................................➜ | $349,982.00 |

56. **Part 2: Total vehicles, line 5**        _____  $47,382.00

57. **Part 3: Total personal and household items, line 15**        _____  $3,500.00

58. **Part 4: Total financial assets, line 36**        _____  $75,515.41

59. **Part 5: Total business-related property, line 45**        _____  $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**        _____  $0.00

61. **Part 7: Total other property not listed, line 54**        +  _____  $0.00

| Debtor 1 | **Francis** | **J.** | **Robinson** | |
|---|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* |

62. **Total personal property.** Add lines 56 through 61.............. | $126,397.41 | Copy personal property total ➔ | + | $126,397.41

63. **Total of all property on Schedule A/B.** Add line 55 + line 62............................................................................................. | $476,379.41

| Debtor 1 | **Francis** | **J.** | **Robinson** | |
|---|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

# SCHEDULE A/B: PROPERTY
## Continuation Page

| | | | |
|---|---|---|---|
| 12. | **Jewelry** | | |
| | **Costume Jewelry** | | $50.00 |
| | **Wedding Rings** | | $500.00 |
| | | | |
| 17. | **Deposits of money** | | |
| | Checking account: | **Wells Fargo #8321 hers** | $1.00 |
| | Savings account: | **Wells Fargo#1085** | $1.00 |
| | | | |
| 28. | **Tax refunds owed to you** | | |
| | Federal: | **2019 \| Est. 2019 Tax Refund** | $5,500.00 |
| | Federal: | **2019 \| Est. 2019 Tax Refund** | $1,100.00 |
| | State: | **2019 \| Est. 2019 Tax Refund (owed last year)** | $1.00 |
| | State: | **2019 \| Est. 2019 State Tax Refund** | unknown |
| | | | |
| 30. | **Other amounts someone owes you** | | |
| | **Accrued Wages** | | $2,998.28 |
| | **Accrued Wages** | | $2,737.13 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Francis** | **J.** | **Robinson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Renita** | **L.** | **Priestley** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Virginia**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106C

# Schedule C: The Property You Claim as Exempt

**04/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>5844 Riverside Dr Woodbridge, VA 22193<br><br>Line from *Schedule A/B:*  1.1 | $349,982.00 | ☑ $2.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4 |
| Brief description:<br>2014 Dodge Ram 1500<br><br>Line from *Schedule A/B:*  3.1 | $22,052.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4 |

3. **Are you claiming a homestead exemption of more than $170,350?**

   (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   ☐ No

   ☐ Yes

| Debtor 1 | **Francis** | **J.** | **Robinson** | |
|---|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>2011 Chrysler Town & Country<br>Line from *Schedule A/B:* 3.2 | $1,635.00 | ☑ $2.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4 |
| Brief description:<br>2018 Chev Malibu<br>Line from *Schedule A/B:* 3.3 | $20,000.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4 |
| Brief description:<br>2006 Volkswagen Jetta<br>Line from *Schedule A/B:* 3.4 | $3,695.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4 |
| Brief description:<br>Household Goods & Furnishings<br>Line from *Schedule A/B:* 6 | $1,200.00 | ☑ $1,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |
| Brief description:<br>Entertainment & Electronics<br>Line from *Schedule A/B:* 7 | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4a) |
| Brief description:<br>Clothing<br>Line from *Schedule A/B:* 11 | $250.00 | ☑ $250.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(4) |
| Brief description:<br>Costume Jewelry<br>Line from *Schedule A/B:* 12 | $50.00 | ☑ $2.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4 |
| Brief description:<br>Wedding Rings<br>Line from *Schedule A/B:* 12 | $500.00 | ☑ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-26(1a) |
| Brief description:<br>Cash<br>Line from *Schedule A/B:* 16 | $12.00 | ☑ $12.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4 |

| Debtor 1 | **Francis** | **J.** | **Robinson** |
|----------|-------------|--------|--------------|
| Debtor 2 | **Renita** | **L.** | **Priestley** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

---

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Wells Fargo #2619<br>Savings account<br>Line from *Schedule A/B:* ___17___ | $9.00 | ☑ $9.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4 |
| Brief description:<br>Apple FCU #0128<br>Savings account<br>Line from *Schedule A/B:* ___17___ | $5.00 | ☑ $5.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4 |
| Brief description:<br>Wells Fargo #6365 overdrawn<br>Checking account<br>Line from *Schedule A/B:* ___17___ | ($399.00) | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4 |
| Brief description:<br>Apple FCU # His<br>Checking account<br>Line from *Schedule A/B:* ___17___ | $200.00 | ☑ $200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4 |
| Brief description:<br>Wells Fargo #0658<br>Other financial account<br>Line from *Schedule A/B:* ___17___ | $2.00 | ☑ $2.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4 |
| Brief description:<br>Wells Fargo #8321 hers<br>Checking account<br>Line from *Schedule A/B:* ___17___ | $1.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4 |
| Brief description:<br>Wells Fargo#1085<br>Savings account<br>Line from *Schedule A/B:* ___17___ | $1.00 | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4 |

| Debtor 1 | **Francis** | **J.** | **Robinson** | |
|---|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**Part 2:** Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>Virginia Retirement System<br>Line from *Schedule A/B:*  21 | $26,554.00 | ☑  $26,554.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-34 |
| Brief description:<br>Virginia Retirement System his<br>Line from *Schedule A/B:*  21 | unknown | ☑  unknown<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-34 |
| Brief description:<br>Fairfax County Retirement<br>Line from *Schedule A/B:*  21 | $18,572.00 | ☑  $18,572.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-34 |
| Brief description:<br>Fairfax County Retirement<br>Line from *Schedule A/B:*  21 | $18,218.00 | ☑  $18,218.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-34 |
| Brief description:<br>Est. 2019 Tax Refund (owed last year)<br>State tax<br>Line from *Schedule A/B:*  28 | $1.00 | ☑  $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4 |
| Brief description:<br>Est. 2019 Tax Refund<br>Federal tax<br>Line from *Schedule A/B:*  28 | $1,100.00 | ☑  $1,100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4 |
| Brief description:<br>Accrued Wages<br>Line from *Schedule A/B:*  30 | $2,998.28 | ☑  $2,248.71<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-29 |
| | | ☑  $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4 |

| Debtor 1 | **Francis** | **J.** | **Robinson** | |
|----------|-------------|--------|--------------|--|
| Debtor 2 | **Renita** | **L.** | **Priestley** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

## Part 2:  Additional Page

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Brief description:**<br>Accrued Wages<br><br>Line from *Schedule A/B:*    30 | $2,737.13 | ☑ $2,052.84<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-29 |
| | | ☑ $1.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4 |
| **Brief description:**<br>New York Life Insurance Policy<br><br>Line from *Schedule A/B:*    31 | unknown | ☑ unknown<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. §§ 38.2-3339 |
| **Brief description:**<br>American Life Insurance Policy<br><br>Line from *Schedule A/B:*    31 | unknown | ☑ unknown<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. §§ 38.2-3339 |
| **Brief description:**<br>Term Life Insurance Through Work<br><br>Line from *Schedule A/B:*    31 | $2.00 | ☑ $2.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. §§ 38.2-3339 |
| **Brief description:**<br>Interest in Inchoate Inheritance<br><br>Line from *Schedule A/B:*    32 | $2.00 | ☑ $2.00<br>☐ 100% of fair market value, up to any applicable statutory limit | Va. Code Ann. § 34-4 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Francis** | **J.** | **Robinson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Renita** | **L.** | **Priestley** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: _____ **Eastern District of Virginia** _____

Case number _____
(if known)

☐ Check if this is an
amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

☑ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

**2.    List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

| 2.1 | Global Lending | Describe the property that secures the claim: | $18,783.00 | $20,000.00 | $0.00 |
|---|---|---|---|---|---|

Creditor's Name

5 Concourse Pkwy NE 2925
Number        Street

Atlanta, GA 30328
City            State      ZIP Code

2018 Chev Malibu

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

Date debt was incurred _____

**Nature of lien.** Check all that apply.

☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Last 4 digits of account number ___ ___ ___ ___

| Add the dollar value of your entries in Column A on this page. Write that number here: | $18,783.00 |
|---|---|

| Debtor 1 | **Francis** | **J.** | **Robinson** |
|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| Part 1: | Additional Page | Column A | Column B | Column C |
|---|---|---|---|---|
| | After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** | **Unsecured portion** If any |

**2.2** Loancare Servicing Ctr

Creditor's Name

3637 Sentara Way Ste 303

Number          Street

Virginia Beach, VA 23452

City          State          ZIP Code

**Who owes the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**

_____

**Describe the property that secures the claim:**

5844 Riverside Dr Woodbridge, VA 22193

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☑ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

| $321,232.00 | $349,982.00 | $0.00 |

**2.3** Motion Motor Cars Inc

Creditor's Name

17273 Jefferson Davis Hwy

Number          Street

Dumfries, VA 22026

City          State          ZIP Code

**Who owes the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim relates to a community debt**

**Date debt was incurred**

_____

**Describe the property that secures the claim:**

2006 Volkswagen Jetta

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Nature of lien.** Check all that apply.
- ☐ An agreement you made (such as mortgage or secured car loan)
- ☐ Statutory lien (such as tax lien, mechanic's lien)
- ☐ Judgment lien from a lawsuit
- ☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

| $3,695.24 | $3,695.00 | $0.24 |

**Add the dollar value of your entries in Column A on this page. Write that number here:** | $324,927.24 |

| Debtor 1 | **Francis** | **J.** | **Robinson** |
|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

**2.4** Regional Acceptance Corporation
Creditor's Name

1424 East Fire Tower Rd.
Number       Street

Greenville, NC 27858
City       State       ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**

2011 Chrysler Town & Country

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

| | | |
|---|---|---|
| $7,065.00 | $1,635.00 | $5,430.00 |

**2.5** Tower Federal CU
Creditor's Name

7901 Sandy Spring Rd
Number       Street

Laurel, MD 20707
City       State       ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim relates to a community debt**

**Date debt was incurred** _____

**Describe the property that secures the claim:**

2014 Dodge Ram 1500

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** ___ ___ ___ ___

| | | |
|---|---|---|
| $22,283.00 | $22,052.00 | $231.00 |

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $29,348.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $373,058.24 |

| Debtor 1 | **Francis** | **J.** | **Robinson** |
|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

---

| **Part 2:** | List Others to Be Notified for a Debt That You Already Listed |
|---|---|

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

☐ 1   Thomas R. Breeden, PC
Name

10326 Lomond Dr
Number        Street

_____

Manassas, VA 20109
City                                State        ZIP Code

On which line in Part 1 did you enter the creditor?    3

Last 4 digits of account number ___ ___ ___ ___

---

Fill in this information to identify your case:

| Debtor 1 | **Francis** | **J.** | **Robinson** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Renita** | **L.** | **Priestley** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:    **Eastern District of Virginia**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims                                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

**1.** **Do any creditors have priority unsecured claims against you?**
☐ No. Go to Part 2.
☑ Yes.

**2.** **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.
(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

| | | |
|---|---|---|
| **2.1** **Haywood, Claudine/K.R. c/o Child Support Enforcement** | Last 4 digits of account number _____ | **$10,000.00** / **$10,000.00** / **$0.00** |
| Priority Creditor's Name | **When was the debt incurred?** _____ | |
| **50 Humphrey St** | **As of the date you file, the claim is:** Check all that apply. | |
| Number        Street | ☐ Contingent | |
| **New Haven, CT 06513** | ☐ Unliquidated | |
| City                          State        ZIP Code | ☐ Disputed | |
| **Who incurred the debt?** Check one. | **Type of PRIORITY unsecured claim:** | |
| ☐ Debtor 1 only | ☑ Domestic support obligations | |
| ☐ Debtor 2 only | ☐ Taxes and certain other debts you owe the government | |
| ☑ Debtor 1 and Debtor 2 only | | |
| ☐ At least one of the debtors and another | ☐ Claims for death or personal injury while you were intoxicated | |
| ☐ **Check if this claim is for a community debt** | ☐ Other. Specify | |
| **Is the claim subject to offset?** | | |
| ☑ No | | |
| ☐ Yes | | |
| **Remarks:** back child support | | |

| Debtor 1 | **Francis** | **J.** | **Robinson** | |
|---|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| **Part 1:** | Your PRIORITY Unsecured Claims - Continuation Page |
|---|---|

**After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth.**

| | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|

**2.2**

**Prince William County**
Priority Creditor's Name

**PO Box 2467**
Number      Street

**Woodbridge , VA**
City                                    State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: Personal property tax

Last 4 digits of account number _____
**When was the debt incurred?**    2018

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Total claim: **$450.00**    Priority amount: **$450.00**    Nonpriority amount: **$0.00**

**2.3**

**Prince William County**
Priority Creditor's Name

**PO Box 2467**
Number      Street

**Woodbridge , VA**
City                                    State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Remarks: Personal property tax

Last 4 digits of account number _____
**When was the debt incurred?**    2018

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

Total claim: **$69.00**    Priority amount: **$69.00**    Nonpriority amount: **$0.00**

| Debtor 1 | **Francis** | **J.** | **Robinson** | |
|---|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| **Part 2:** | List All of Your NONPRIORITY Unsecured Claims |
|---|---|

**3.  Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes.

**4.  List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

|  |  | **Total claim** |
|---|---|---|

**4.1  ADS/Comenity/Victoria**
Nonpriority Creditor's Name

**POB 182789**
Number      Street

**Columbus, OH 43218**
City               State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**$564.00**

**4.2  ADS/MyPointsRWD**
Nonpriority Creditor's Name

**POB 182120**
Number      Street

**Columbus, OH 43218**
City               State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**$426.00**

**4.3  Affirm Inc**
Nonpriority Creditor's Name

**650 California Street Fl 12**
Number      Street

**San Francisco, CA 94108**
City               State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**$492.00**

| Debtor 1 | **Francis** | **J.** | **Robinson** |
|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.4**

**Affirm Inc**
Nonpriority Creditor's Name

**650 California Street Fl 12**
Number     Street

**San Francisco, CA 94108**
City                State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**$91.00**

---

**4.5**

**American Express**
Nonpriority Creditor's Name

**PO Box 981537**
Number     Street

**El Paso, TX 79998**
City                State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**$1,068.00**

---

**4.6**

**Apple Federal Credit Union**
Nonpriority Creditor's Name

**PO Box 1200**
Number     Street

**Fairfax, VA 22038**
City                State     ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**$5,955.00**

---

| Debtor 1 | **Francis** | **J.** | **Robinson** | |
|---|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.7**

**Avio Credit**
Nonpriority Creditor's Name

**POB 780408**
Number        Street

**Wichita, KS 67278**
City                      State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Illegal Payday Loan**

**$700.00**

---

**4.8**

**Cap 1/Saks**
Nonpriority Creditor's Name

**3455 Highway 80 W**
Number        Street

**Jackson, MS 39209**
City                      State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**$388.00**

---

**4.9**

**Cap 1/WMT**
Nonpriority Creditor's Name

**POB 30285**
Number        Street

**Salt Lake City, UT 84130**
City                      State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**$1,617.00**

---

| Debtor 1 | **Francis** | **J.** | **Robinson** |
|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim

---

**4.10**

**Capital One**
Nonpriority Creditor's Name

**PO Box 30285**
Number        Street

**Salt Lake City, UT 84130**
City                    State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**Total claim: $381.00**

---

**4.11**

**Comcast**
Nonpriority Creditor's Name

**PO Box 3001**
Number        Street

**Southeastern, PA 19398**
City                    State        ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**Total claim: $506.00**

---

**4.12**

**Discover Fincl Svc LLC**
Nonpriority Creditor's Name

**PO BOX 15316**
Number        Street

**Wilmington, DE 19850-5316**
City                    State        ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**Total claim: $6,161.00**

---

| Debtor 1 | **Francis** | **J.** | **Robinson** | |
|----------|-------------|--------|--------------|--|
| Debtor 2 | **Renita** | **L.** | **Priestley** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | **Total claim**

**4.13** **Elastic/Republic Bank & Trust Company**
Nonpriority Creditor's Name

**PO Box 950276**
Number        Street

**Louisville, KY 40295**
City                    State     ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
      **Illegal Payday Loan**

**unknown**

---

**4.14** **Enerbank USA**
Nonpriority Creditor's Name

**1245 E. Brickyard Rd Ste 600**
Number        Street

**Salt Lake City, UT 84106**
City                    State     ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☑ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**$9,087.00**

---

**4.15** **Inova**
Nonpriority Creditor's Name

**PO Box 37013**
Number        Street

**Baltimore, MD 21297**
City                    State     ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number  **4304**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**$218.41**

---

| Debtor 1 | **Francis** | **J.** | **Robinson** | |
|---|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

---

**4.16**   **One Main**

Nonpriority Creditor's Name

**PO Box 1010**

Number        Street

**Evansville, IN 47706**

City                        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**$1,597.00**

---

**4.17**   **Opp Loans**

Nonpriority Creditor's Name

**130 E Randolph St STE 1650**

Number        Street

**Chicago, IL 60601**

City                        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

**$624.00**

---

**4.18**   **PHEAA/FED LOAN SERV**

Nonpriority Creditor's Name

**PO Box 60610**

Number        Street

**Harrisburg, PA 17106-0610**

City                        State        ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Student Loans**

**$79,115.00**

---

| Debtor 1 | **Francis** | **J.** | **Robinson** | |
|---|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

**4.19**

**PREMIER BKCRD/FIRST PREMIER**
Nonpriority Creditor's Name

**601 S MINNESOTA AVE**
Number      Street

**Sioux Falls, SD 57104**
City                State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**$877.00**

---

**4.20**

**PREMIER BKCRD/FIRST PREMIER**
Nonpriority Creditor's Name

**601 S MINNESOTA AVE**
Number      Street

**Sioux Falls, SD 57104**
City                State      ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**$874.00**

---

**4.21**

**Sheridan Anesthesia**
Nonpriority Creditor's Name

**2280 Opitz Blvd**
Number      Street

**Woodbridge, VA 22191**
City                State      ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**$77.00**

| Debtor 1 | **Francis** | **J.** | **Robinson** | |
|----------|-------------|--------|--------------|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

**Part 2:    Your NONPRIORITY Unsecured Claims - Continuation Page**

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

Total claim

---

**4.22**    Suntrust Bank/GS Loan Svc                                    $5,272.00
Nonpriority Creditor's Name

**1797 N East Expwy NE**
Number        Street

**Atlanta, GA 30329**
City                State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

---

**4.23**    SYNCB/Amazon                                                $1,288.00
Nonpriority Creditor's Name

**PO Box 965015**
Number        Street

**Orlando, FL 32896**
City                State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

---

**4.24**    SYNCB/Ashley Homestores                                     $844.00
Nonpriority Creditor's Name

**PO BOX 965036**
Number        Street

**Orlando, FL 32896**
City                State    ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

---

| Debtor 1 | **Francis** | **J.** | **Robinson** | |
|---|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** | |
| | First Name | Middle Name | Last Name | Case number (if known) _____ |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth. | Total claim |
|---|---|

### 4.25

**SYNCB/Car Care Napa Easy**
Nonpriority Creditor's Name

**POB 965036**
Number      Street

**Orlando, FL 32896**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**$3,405.00**

### 4.26

**SYNCB/Lowes**
Nonpriority Creditor's Name

**PO Box 965005**
Number      Street

**Orlando, FL 32896**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**$2,082.00**

### 4.27

**SYNCB/Old Navy**
Nonpriority Creditor's Name

**PO Box 965005**
Number      Street

**Orlando, FL 32896**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
- ☐ Debtor 1 only
- ☑ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify

**$295.00**

| Debtor 1 | **Francis** | **J.** | **Robinson** | |
|---|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

---

**4.28**    SYNCB/Sams Club                                                    **$2,391.00**
Nonpriority Creditor's Name

PO Box 965005
Number      Street

Orlando, FL 32896
City                    State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

---

**4.29**    SYNCB/TJX Co                                                    **$228.00**
Nonpriority Creditor's Name

PO Box 965015
Number      Street

Orlando, FL 32896
City                    State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

---

**4.30**    Tower Federal Credit Union                                        **$2,544.00**
Nonpriority Creditor's Name

7901 Sandy Spring Rd

Number      Street

Laurel, MD 20707
City                    State      ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☑ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

---

| Debtor 1 | **Francis** | **J.** | **Robinson** | |
|---|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**Part 2:** Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.5, followed by 4.6, and so forth.

**Total claim**

**4.31**  **United Auto Credit**                                   $1.00
Nonpriority Creditor's Name

**1071 Camelback St. Suite 100**
Number        Street

**Newport Beach, CA 92660**
City                    State      ZIP Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☑ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Last 4 digits of account number** _____

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

| Debtor 1 | **Francis** | **J.** | **Robinson** |
|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

---

**Part 3:** List Others to Be Notified About a Debt That You Already Listed

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

---

**ASSET MGMT/NATIONWIDE REC**
Name
**545 INMAN ST**
Number        Street
**Cleveland, TN 37311**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.21** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Southwest Credit Systems**
Name
**4120 International Pkwy 1100**
Number        Street
**Carrollton , TX**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.11** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

**Aaron Agency Inc**
Name
**8668 Spring Mountain Rd**
Number        Street
**Las Vegas, NV 89117**
City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.15** of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

Name

Number        Street

City                State        ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line _____ of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number _____

---

| Debtor 1 | **Francis** | **J.** | **Robinson** | |
|---|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| **Part 4:** | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims.** This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

|  | | Total claim |
|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. _____ $10,000.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. _____ $519.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. _____ $0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + _____ $0.00 |
| | 6e. **Total.** Add lines 6a through 6d. | 6e. _____ $10,519.00 |

|  | | Total claim |
|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. _____ $0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. _____ $0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. _____ $0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + _____ $129,168.41 |
| | 6j. **Total.** Add lines 6f through 6i. | 6j. _____ $129,168.41 |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Francis** | **J.** | **Robinson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Renita** | **L.** | **Priestley** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Virginia**

Case number
(if known)

☐ Check if this is an
amended filing

# Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| **2.1** | |
| Name | |
| Number    Street | |
| City    State    ZIP Code | |
| **2.2** | |
| Name | |
| Number    Street | |
| City    State    ZIP Code | |
| **2.3** | |
| Name | |
| Number    Street | |
| City    State    ZIP Code | |
| **2.4** | |
| Name | |
| Number    Street | |
| City    State    ZIP Code | |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Francis** | **J.** | **Robinson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Renita** | **L.** | **Priestley** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:          **Eastern District of Virginia**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106H

# Schedule H: Your Codebtors

12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1. **Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

   ☐ No
   ☑ Yes

2. **Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

   ☑ No. Go to line 3.
   ☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ☐ Yes. In which community state or territory did you live? _____. Fill in the name and current address of that person.

   _____
   Name
   _____
   Number     Street
   _____
   City                          State     ZIP Code

3. **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on *Schedule D* (Official Form 106D), *Schedule E/F* (Official Form 106E/F), or *Schedule G* (Official Form 106G). Use *Schedule D, Schedule E/F, or Schedule G* to fill out Column 2.**

| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt** |
|---|---|
| | Check all schedules that apply: |
| **3.1** Harris, Daezon <br> Name <br> 5844 Riverside Dr. <br> Number      Street <br> Woodbridge, VA 22193 <br> City                     State     ZIP Code | ☑ Schedule D, line 2.1 _____ <br><br> ☐ Schedule E/F, line _____ <br><br> ☐ Schedule G, line _____ |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Francis** | **J.** | **Robinson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Renita** | **L.** | **Priestley** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Eastern District of Virginia** | |
| Case number (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

# Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| Employment status | ☑ Employed ☐ Not Employed | ☑ Employed ☐ Not Employed |
| Occupation | Security | Registrar |
| Employer's name | Fairfax County Public Schools | Fairfax County Public Schools |
| Employer's address | 8115 Gatehouse Rd. | 9350 Crosspointe Dr |
| | Number Street | Number Street |
| | Falls Church, VA 22042 | Fairfax Station, VA 22039 |
| | City        State        Zip Code | City        State        Zip Code |
| How long employed there? | 9 years | 12 years |

### Part 2:  Give Details About Monthly Income

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. **List monthly gross wages, salary, and commissions** (before all payroll deductions.) If not paid monthly, calculate what the monthly wage would be. | 2. | $4,454.05 | $4,140.84 |
| 3. **Estimate and list monthly overtime pay.** | 3. + | $0.00 | + $0.00 |
| 4. **Calculate gross income.** Add line 2 + line 3. | 4. | $4,454.05 | $4,140.84 |

| | | | |
|---|---|---|---|
| Debtor 1 | **Francis** | **J.** | **Robinson** |
| Debtor 2 | **Renita** | **L.** | **Priestley** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here............................................................→ | 4. | $4,454.05 | $4,140.84 |

5. **List all payroll deductions:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $1,054.69 | $669.35 |
| 5b. **Mandatory contributions for retirement plans** | 5b. | $299.29 | $242.78 |
| 5c. **Voluntary contributions for retirement plans** | 5c. | $0.00 | $136.10 |
| 5d. **Required repayments of retirement fund loans** | 5d. | $0.00 | $0.00 |
| 5e. **Insurance** | 5e. | $90.13 | $355.47 |
| 5f. **Domestic support obligations** | 5f. | $21.67 | $0.00 |
| 5g. **Union dues** | 5g. | $0.00 | $0.00 |
| 5h. **Other deductions.** Specify: _____ | 5h. + | $0.00 | + $0.00 |
| 6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $1,465.78 | $1,403.71 |
| 7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $2,988.28 | $2,737.13 |

8. **List all other income regularly received:**

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** | | | |
| Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $0.00 | $0.00 |
| 8b. **Interest and dividends** | 8b. | $0.00 | $0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** | | | |
| Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $0.00 | $0.00 |
| 8d. **Unemployment compensation** | 8d. | $0.00 | $0.00 |
| 8e. **Social Security** | 8e. | $0.00 | $0.00 |
| 8f. **Other government assistance that you regularly receive** | | | |
| Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| Specify: _____ | 8f. | $0.00 | $0.00 |
| 8g. **Pension or retirement income** | 8g. | $0.00 | $0.00 |
| 8h. **Other monthly income.** Specify: _____ | 8h. + | $0.00 | + $0.00 |

| | | For Debtor 1 | For Debtor 2 or non-filing spouse | | |
|---|---|---|---|---|---|
| 9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h. | 9. | $0.00 | $0.00 | | |
| 10. **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse | 10. | $2,988.28 | + $2,737.13 | = | $5,725.41 |

11. **State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify: _____                                                                    11. + ____$0.00____

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information*, if it applies            12. | $5,725.41 |

**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.

☐ Yes. Explain: _____

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Francis** | **J.** | **Robinson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Renita** | **L.** | **Priestley** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Virginia**

Case number (if known): _____

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

## Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

**1.    Is this a joint case?**

☐ No. Go to line 2.

☑ Yes. **Does Debtor 2 live in a separate household?**

    ☑ No

    ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

**2.    Do you have dependents?**

Do not list Debtor 1 and Debtor 2.

Do not state the dependents' names.

☐ No

☑ Yes. Fill out this information for each dependent..............

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Grandson | 18 | ☐ No. ☑ Yes. |
| Grand daughter | 14 | ☐ No. ☑ Yes. |
| _____ | _____ | ☐ No. ☐ Yes. |
| _____ | _____ | ☐ No. ☐ Yes. |
| _____ | _____ | ☐ No. ☐ Yes. |

**3.    Do your expenses include expenses of people other than yourself and your dependents?**

☑ No

☐ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| **4.** | **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $2,242.14 |
| | If not included in line 4: | |
| | 4a. Real estate taxes | 4a. $0.00 |
| | 4b. Property, homeowner's, or renter's insurance | 4b. $0.00 |
| | 4c. Home maintenance, repair, and upkeep expenses | 4c. $50.00 |
| | 4d. Homeowner's association or condominium dues | 4d. $0.00 |

| Debtor 1 | **Francis** | **J.** | **Robinson** | |
|---|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| | | **Your expenses** |
|---|---|---|

5. **Additional mortgage payments for your residence,** such as home equity loans  5. _____

6. **Utilities:**
   6a. Electricity, heat, natural gas  6a. $125.00
   6b. Water, sewer, garbage collection  6b. $50.00
   6c. Telephone, cell phone, Internet, satellite, and cable services  6c. $385.00
   6d. Other. Specify: _____  6d. $0.00

7. **Food and housekeeping supplies**  7. $500.00

8. **Childcare and children's education costs**  8. $0.00

9. **Clothing, laundry, and dry cleaning**  9. $75.00

10. **Personal care products and services**  10. $125.00

11. **Medical and dental expenses**  11. $50.00

12. **Transportation.** Include gas, maintenance, bus or train fare.
    Do not include car payments.  12. $300.00

13. **Entertainment, clubs, recreation, newspapers, magazines, and books**  13. $50.00

14. **Charitable contributions and religious donations**  14. $0.00

15. **Insurance.**
    Do not include insurance deducted from your pay or included in lines 4 or 20.
    15a. Life insurance  15a. $0.00
    15b. Health insurance  15b. $0.00
    15c. Vehicle insurance  15c. $599.00
    15d. Other insurance. Specify: _____  15d. $0.00

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
    Specify: Car Tax  16. $75.00

17. **Installment or lease payments:**
    17a. Car payments for Vehicle 1  17a. $535.00
    17b. Car payments for Vehicle 2  17b. $672.00
    17c. Other. Specify: _____  17c. _____
    17d. Other. Specify: _____  17d. _____

18. **Your payments of alimony, maintenance, and support that you did not report as deducted
    from your pay on line 5,** *Schedule I, Your Income* (Official Form 106I).  18. $0.00

19. **Other payments you make to support others who do not live with you.**
    Specify: _____  19. $0.00

20. **Other real property expenses not included in lines 4 or 5 of this form or on** *Schedule I: Your Income.*
    20a. Mortgages on other property  20a. $0.00
    20b. Real estate taxes  20b. $0.00
    20c. Property, homeowner's, or renter's insurance  20c. $0.00
    20d. Maintenance, repair, and upkeep expenses  20d. $0.00
    20e. Homeowner's association or condominium dues  20e. $0.00

| Debtor 1 | **Francis** | **J.** | **Robinson** | |
|---|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

---

| 21. | **Other.** Specify: _____ Student Loans _____ | 21. | + | $20.00 |
|---|---|---|---|---|

**22.** **Calculate your monthly expenses.**

| | 22a. Add lines 4 through 21. | 22a. | $5,853.14 |
|---|---|---|---|
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | 22b. | $0.00 |
| | 22c. Add line 22a and 22b. The result is your monthly expenses. | 22c. | $5,853.14 |

**23.** **Calculate your monthly net income.**

| | 23a. Copy line 12 (your combined monthly income) from *Schedule I*. | 23a. | $5,725.41 |
|---|---|---|---|
| | 23b. Copy your monthly expenses from line 22c above. | 23b. | − $5,853.14 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income*. | 23c. | ($127.73) |

**24.** **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes.

> None

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Francis** | **J.** | **Robinson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Renita** | **L.** | **Priestley** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:     **Eastern District of Virginia**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:    Summarize Your Assets**

| | **Your assets** |
|---|---|
| | Value of what you own |
| 1. **Schedule A/B: Property** (Official Form 106A/B) | |
| 1a. Copy line 55, Total real estate, from *Schedule A/B*........................................................ | $349,982.00 |
| 1b. Copy line 62, Total personal property, from *Schedule A/B*.............................................. | $126,397.41 |
| 1c. Copy line 63, Total of all property on *Schedule A/B*........................................................ | $476,379.41 |

**Part 2:    Summarize Your Liabilities**

| | **Your liabilities** |
|---|---|
| | Amount you owe |
| 2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D*....... | $373,058.24 |
| 3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................... | $10,519.00 |
| 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................... | + $129,168.41 |
| **Your total liabilities** | $512,745.65 |

**Part 3:    Summarize Your Income and Expenses**

| | |
|---|---|
| 4. *Schedule I: Your Income* (Official Form 106I) | |
| Copy your combined monthly income from line 12 of *Schedule I*.................................................................... | $5,725.41 |
| 5. *Schedule J: Your Expenses* (Official Form 106J) | |
| Copy your monthly expenses from line 22c of *Schedule J*........................................................................ | $5,853.14 |

| Debtor 1 | **Francis** | **J.** | **Robinson** | |
|---|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** | |
| | First Name | Middle Name | Last Name | |

Case number *(if known)* _____

---

**Part 4:** Answer These Questions for Administrative and Statistical Records

---

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ☑ Yes

7. **What kind of debt do you have?**

    ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

---

8. From the *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

    $8,572.16

---

9. Copy the following special categories of claims from Part 4, line 6 of Schedule E/F:

| | Total claim |
|---|---|
| **From Part 4 on Schedule E/F, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $10,000.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $519.00 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
| 9d. Student loans. (Copy line 6f.) | $0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
| 9g. **Total**. Add lines 9a through 9f. | $10,519.00 |

---

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Francis** | **J.** | **Robinson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Renita** | **L.** | **Priestley** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Eastern District of Virginia** | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X /s/ Francis J. Robinson                          X /s/ Renita L. Priestley
Francis J. Robinson, Debtor 1                    Renita L. Priestley, Debtor 2

Date 01/16/2020                                   Date 01/16/2020
     MM/ DD/ YYYY                                      MM/ DD/ YYYY

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Francis** | **J.** | **Robinson** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Renita** | **L.** | **Priestley** |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | | **Eastern District of Virginia** | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

# Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Give Details About Your Marital Status and Where You Lived Before

**1. What is your current marital status?**

☑ Married

☐ Not married

**2. During the last 3 years, have you lived anywhere other than where you live now?**

☐ No

☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☑ Same as Debtor 1 | ☑ Same as Debtor 1 |
| NEED THESE | From _____ | | From _____ |
| Number    Street | To _____ | Number    Street | To _____ |
| City          State  ZIP Code | | City          State  ZIP Code | |
| | | ☑ Same as Debtor 1 | ☑ Same as Debtor 1 |
| 13106 Haddock Rd | From 2008 | | From _____ |
| Number    Street | To 2018 | Number    Street | To _____ |
| Woodbridge, VA 22193-5248 | | | |
| City          State  ZIP Code | | City          State  ZIP Code | |

**3. Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No

☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

| Debtor 1 | **Francis** | **J.** | **Robinson** | |
|---|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

**Part 2:**  Explain the Sources of Your Income

**4. Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No

☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross Income**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $6,000.00 | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $4,203.00 |
| **For last calendar year:**<br>(January 1 to December 31, 2019 )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $56,745.00 | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $49,701.00 |
| **For the calendar year before that:**<br>(January 1 to December 31, 2018 )<br>YYYY | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $56,000.00 | ☑ Wages, commissions, bonuses, tips<br>☐ Operating a business | $49,000.00 |

**5. Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

☑ No

☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross Income from each source**<br>(before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |
| **For last calendar year:**<br>(January 1 to December 31, 2019 )<br>YYYY | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |
| **For the calendar year before that:**<br>(January 1 to December 31, 2018 )<br>YYYY | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |
| | _____ | _____ | _____ | _____ |

| Debtor 1 | **Francis** | **J.** | **Robinson** | |
|---|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

**6. Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.  Neither Debtor 1 nor Debtor 2 has primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

☐ No. Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.  Debtor 1 or Debtor 2 or both have primarily consumer debts.

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☐ No. Go to line 7.

☑ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| | Dates of payment | Total amount paid | Amount you still owe | Was this payment for… |
|---|---|---|---|---|
| Regional Acceptance Corporation<br>Creditor's Name<br><br>1424 East Fire Tower Rd.<br>Number  Street<br><br>Greenville, NC 27858<br>City  State  ZIP Code | Within last 90 days | $1,605.00 | $7,065.00 | ☐ Mortgage<br>☑ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Tower Federal Credit Union<br>Creditor's Name<br><br>7901 Sandy Spring Rd<br><br>Number  Street<br><br>Laurel, MD 20707<br>City  State  ZIP Code | Within last 90 days | $2,016.00 | $22,830.00 | ☐ Mortgage<br>☑ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |
| Loancare Servicing Ctr<br>Creditor's Name<br><br>3637 Sentara Way Ste 303<br>Number  Street<br><br>Virginia Beach, VA 23452<br>City  State  ZIP Code | Within last 90 days | $6,726.00 | $321,232.00 | ☑ Mortgage<br>☐ Car<br>☐ Credit card<br>☐ Loan repayment<br>☐ Suppliers or vendors<br>☐ Other _____ |

| Debtor 1 | **Francis** | **J.** | **Robinson** | |
|---|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

**7. Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**

*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

☑ No

☐ Yes. List all payments to an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| _____ | _____ | _____ | _____ | |
| Insider's Name | | | | |
| _____ | _____ | | | |
| Number    Street | | | | |
| _____ | _____ | | | |
| City        State    ZIP Code | | | | |

**8. Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**

Include payments on debts guaranteed or cosigned by an insider.

☑ No

☐ Yes. List all payments that benefited an insider.

| | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|
| | | | | Include creditor's name |
| _____ | _____ | _____ | _____ | |
| Insider's Name | | | | |
| _____ | _____ | | | |
| Number    Street | | | | |
| _____ | _____ | | | |
| City        State    ZIP Code | | | | |

## Part 4:    Identify Legal Actions, Repossessions, and Foreclosures

**9. Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**

List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☑ No

☐ Yes. Fill in the details.

| Debtor 1 | Francis | J. | Robinson |
|----------|---------|-----|----------|
| Debtor 2 | Renita | L. | Priestley |
|  | First Name | Middle Name | Last Name |

Case number *(if known)* _____

| | Nature of the case | Court or agency | Status of the case |
|--|--|--|--|
| Case title _____ _____ | | | ☐ Pending |
| | | Court Name | ☐ On appeal |
| | | | ☐ Concluded |
| Case number _____ | | Number    Street | |
| | | City           State    ZIP Code | |

**10. Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☑ No. Go to line 11.

☐ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|--|--|--|--|
| _____ Creditor's Name | | _____ | _____ |
| _____ Number    Street | **Explain what happened** | | |
| _____ | ☐ Property was repossessed. | | |
| _____ | ☐ Property was foreclosed. | | |
| _____ City       State    ZIP Code | ☐ Property was garnished. | | |
| | ☐ Property was attached, seized, or levied. | | |

**11. Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

☑ No

☐ Yes. Fill in the details.

| | Describe the action the creditor took | Date action was taken | Amount |
|--|--|--|--|
| _____ Creditor's Name | | _____ | _____ |
| _____ Number    Street | | | |
| _____ City       State    ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

**12. Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

☑ No

☐ Yes

| Debtor 1 | **Francis** | **J.** | **Robinson** | |
|---|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** | Case number *(if known)* _____ |
| | First Name | Middle Name | Last Name | |

## Part 5: List Certain Gifts and Contributions

**13. Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

☑ No

☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|
| _____<br>Person to Whom You Gave the Gift<br><br>_____<br><br>_____<br>Number    Street<br><br>_____<br>City          State    ZIP Code<br><br>Person's relationship to you _____ | | _____<br><br>_____ | _____<br><br>_____ |

**14. Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

☑ No

☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 | Describe what you contributed | Date you contributed | Value |
|---|---|---|---|
| _____<br>Charity's Name<br><br>_____<br><br>_____<br>Number    Street<br><br>_____<br>City          State    ZIP Code | | _____<br><br>_____ | _____<br><br>_____ |

## Part 6: List Certain Losses

**15. Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

☑ No

☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
|---|---|---|---|
| | | _____ | _____ |

| Debtor 1 | **Francis** | **J.** | **Robinson** | |
|---|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** | |
| | First Name | Middle Name | Last Name | Case number *(if known)* _____ |

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| Law Offices Of Robert Weed | Attorney's Fee | | |
| Person Who Was Paid | | | |
| 1376 Old Bridge Rd. Ste 101-4 | | 01/10/2020 | $1,885.00 |
| Number    Street | | | |
| | | | |
| Woodbridge, VA 22192 | | | |
| City    State    ZIP Code | | | |
| Email or website address | | | |
| Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☐ No

☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| -, Moneysharp Credit Counseling | | | |
| Person Who Was Paid | | | |
| | | 12/02/2019 | $20.00 |
| Number    Street | | | |
| | | | |
| City    State    ZIP Code | | | |

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property).

Do not include gifts and transfers that you have already listed on this statement.

☐ No

☑ Yes. Fill in the details.

Debtor 1    **Francis**          **J.**              **Robinson**
Debtor 2    **Renita**          **L.**              **Priestley**
_____          Case number *(if known)* _____
First Name    Middle Name    Last Name

| | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| Loancare <br> Person Who Received Transfer | Refinanced for lower rate | No money taken | |
| P.O. Box 8068 <br> Number     Street | | | Within last 2 yrs |
| Loancare | | | |
| Virginia Beach, VA 23450 <br> City          State    ZIP Code | | | |
| Person's relationship to you <br><br> _____ | | | |

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**(These are often called *asset-protection devices*.)

☑ No

☐ Yes. Fill in the details.

| | Description and value of the property transferred | Date transfer was made |
|---|---|---|
| Name of trust _____ <br><br> _____ | | _____ |

---

| Part 8: | List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units |
|---|---|

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No

☑ Yes. Fill in the details.

| | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| Apple FCU <br> **Name of Financial Institution** | **XXXX–** 0   1   2   8 | ☑ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other _____ | 11/2019 | $0.00 |
| _____ <br> **Number     Street** | | | | |
| _____ <br><br> _____ <br> **City          State    ZIP Code** | | | | |

| Debtor 1 | Francis | J. | Robinson |
|----------|---------|-----|----------|
| Debtor 2 | Renita | L. | Priestley |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No

☐ Yes. Fill in the details.

| | Who else had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| _____ | _____ | | ☐ No |
| Name of Financial Institution | Name | | ☐ Yes |
| _____ | _____ | | |
| Number    Street | Number    Street | | |
| _____ | _____ | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No

☐ Yes. Fill in the details.

| | Who else has or had access to it? | Describe the contents | Do you still have it? |
|---|---|---|---|
| _____ | _____ | | ☐ No |
| Name of Storage Facility | Name | | ☐ Yes |
| _____ | _____ | | |
| Number    Street | Number    Street | | |
| _____ | _____ | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

## Part 9:    Identify Property You Hold or Control for Someone Else

**23. Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No

☐ Yes. Fill in the details.

| | Where is the property? | Describe the property | Value |
|---|---|---|---|
| _____ | _____ | | _____ |
| Owner's Name | Number    Street | | |
| _____ | _____ | | |
| Number    Street | City          State    ZIP Code | | |
| _____ | | | |
| City          State    ZIP Code | | | |

| Debtor 1 | **Francis** | **J.** | **Robinson** |
|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** |
| | First Name | Middle Name | Last Name |

Case number *(if known)* _____

## Part 10: Give Details About Environmental Information

**For the purpose of Part 10, the following definitions apply:**

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

**Report all notices, releases, and proceedings that you know about, regardless of when they occurred.**

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____<br>Name of site | _____<br>Governmental unit | | _____ |
| _____<br>Number    Street | _____<br>Number    Street | | |
| _____<br>_____<br>City          State    ZIP Code | _____<br>City          State    ZIP Code | | |

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Fill in the details.

| | Governmental unit | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| _____<br>Name of site | _____<br>Governmental unit | | _____ |
| _____<br>Number    Street | _____<br>Number    Street | | |
| _____<br>_____<br>City          State    ZIP Code | _____<br>City          State    ZIP Code | | |

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No

☐ Yes. Fill in the details.

Debtor 1    **Francis**        **J.**            **Robinson**
Debtor 2    **Renita**        **L.**            **Priestley**
            First Name    Middle Name        Last Name                    Case number *(if known)* _____

| Court or agency | Nature of the case | Status of the case |
|---|---|---|
| Case title _____ | | ☐ **Pending** |
| | | ☐ **On appeal** |
| **Court Name** | | ☐ **Concluded** |
| _____ | | |
| **Number    Street** | | |
| Case number _____ | | |
| **City        State    ZIP Code** | | |

**Part 11:**  Give Details About Your Business or Connections to Any Business

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

☐ A partner in a partnership

☐ An officer, director, or managing executive of a corporation

☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.

☐ Yes. Check all that apply above and fill in the details below for each business.

| | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| _____<br>**Name** | | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |
| _____<br>**Number    Street** | Name of accountant or bookkeeper | Dates business existed |
| _____<br>**City        State    ZIP Code** | | From _____ To _____ |

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☑ No

☐ Yes. Fill in the details below.

| | Date issued |
|---|---|
| _____<br>**Name** | _____<br>**MM / DD / YYYY** |
| _____<br>**Number    Street** | |
| _____<br>**City        State    ZIP Code** | |

| Debtor 1 | **Francis** | **J.** | **Robinson** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** | | |
| | First Name | Middle Name | Last Name | | |

## Part 12:  Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. **18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**X** _____/s/ Francis J. Robinson_____        **X** _____/s/ Renita L. Priestley_____
Signature of Francis J. Robinson, Debtor 1                 Signature of Renita L. Priestley, Debtor 2

Date 01/16/2020                                          Date 01/16/2020


**Did you attach additional pages to your *Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No

☐ Yes


**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____        Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Francis** First Name | **J.** Middle Name | **Robinson** Last Name |
| Debtor 2 (Spouse, if filing) | **Renita** First Name | **L.** Middle Name | **Priestley** Last Name |
| United States Bankruptcy Court for the: | | **Eastern District of Virginia** |
| Case number (if known) | | |

☐ Check if this is an amended filing

# Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7

**12/15**

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1: List Your Creditors Who Have Secured Claims

1. **For any creditors that you listed in Part 1 of** *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Loancare Servicing Ctr** <br><br> Description of property securing debt: **5844 Riverside Dr Woodbridge, VA 22193** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☑ Retain the property and [explain]: **keep paying** | ☐ No <br> ☑ Yes |
| Creditor's name: **Tower Federal CU** <br><br> Description of property securing debt: **2014 Dodge Ram 1500** | ☐ Surrender the property. <br> ☐ Retain the property and redeem it. <br> ☐ Retain the property and enter into a *Reaffirmation Agreement.* <br> ☑ Retain the property and [explain]: **keep paying** | ☐ No <br> ☑ Yes |

| Debtor 1 | **Francis** | **J.** | **Robinson** | | Case number *(if known)* _____ |
|---|---|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** | | |
| | First Name | Middle Name | Last Name | | |

## ▉ Additional Page for Part 1

| Creditor's name: | **Regional Acceptance Corporation** | ☐ Surrender the property. | ☐ No |
|---|---|---|---|
| | | ☐ Retain the property and redeem it. | ☑ Yes |
| Description of property securing debt: | **2011 Chrysler Town & Country** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | |
| | | ☑ Retain the property and [explain]: **keep paying** | |

| Creditor's name: | **Global Lending** | ☑ Surrender the property. | ☑ No |
|---|---|---|---|
| | | ☐ Retain the property and redeem it. | ☐ Yes |
| Description of property securing debt: | **2018 Chev Malibu** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | |
| | | ☐ Retain the property and [explain]: | |

| Creditor's name: | **Motion Motor Cars Inc** | ☐ Surrender the property. | ☑ No |
|---|---|---|---|
| | | ☐ Retain the property and redeem it. | ☐ Yes |
| Description of property securing debt: | **2006 Volkswagen Jetta** | ☐ Retain the property and enter into a *Reaffirmation Agreement.* | |
| | | ☑ Retain the property and [explain]: **offered to surrender, creditor said didn't want it** | |

| Debtor 1 | **Francis** | **J.** | **Robinson** | | |
|---|---|---|---|---|---|
| Debtor 2 | **Renita** | **L.** | **Priestley** | | |
| | First Name | Middle Name | Last Name | Case number *(if known)* | _____ |

---

**Part 2:   List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |
| Lessor's name: _____ | ☐ No |
| Description of leased property: | ☐ Yes |

---

**Part 3:   Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

**X** _____/s/ Francis J. Robinson_____     **X** _____/s/ Renita L. Priestley_____
Signature of Debtor 1                              Signature of Debtor 2

Date  01/16/2020                                   Date  01/16/2020
      MM/  DD/  YYYY                                    MM/  DD/  YYYY

| Fill in this information to identify your case: | | | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|---|---|

**Fill in this information to identify your case:**

| Debtor 1 | **Francis** | **J.** | **Robinson** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | **Renita** | **L.** | **Priestley** |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **Eastern District of Virginia**

Case number
(if known)

Check one box only as directed in this form and in Form 122A-1Supp:

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A-1

# Chapter 7 Statement of Your Current Monthly Income
**12/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

### Part 1: Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

    ☐ **Not married.** Fill out Column A, lines 2-11.

    ☑ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

    ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

    ☐ **Living in the same household and are not legally separated.** Fill out both Column A and B, lines 2-11.

    ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | | $4,431.32 | $4,140.84 |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | | $0.00 | $0.00 |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | | $0.00 | $0.00 |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | |
| Ordinary and necessary operating expenses | - $0.00 | - $0.00 | | |
| Net monthly income from a business, profession, or farm | $0.00 | $0.00 | Copy here → | $0.00 | $0.00 |

6. **Net income from rental and other real property**

| | Debtor 1 | Debtor 2 | | |
|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | $0.00 | | |
| Ordinary and necessary operating expenses | - $0.00 | - $0.00 | | |
| Net monthly income from rental or other real property | $0.00 | $0.00 | Copy here → | $0.00 | $0.00 |

| 7. | **Interest, dividends, and royalties** | | $0.00 | $0.00 |
|---|---|---|---|---|

Debtor 1    **Francis** **J.** **Robinson**
Debtor 2    **Renita** **L.** **Priestley**

First Name    Middle Name    Last Name

Case number *(if known)*

|  | Column A | Column B |
|---|---|---|
|  | **Debtor 1** | **Debtor 2 or non-filing spouse** |

8. **Unemployment compensation** ............................................................ | $0.00 | $0.00

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here: ................................................. ↓

For you........................................... | $0.00

For your spouse........................... | $0.00

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title. | $0.00 | $0.00

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below.

Total amounts from separate pages, if any. | + | + |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B. | $4,431.32 | + | $4,140.84 | = | $8,572.16

**Total current monthly income**

---

**Part 2:** Determine Whether the Means Test Applies to You

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11...................................................... | Copy line 11 here → | $8,572.16

Multiply by 12 (the number of months in a year). | **x 12**

12b. The result is your annual income for this part of the form. | 12b. | $102,865.92

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live. | Virginia

Fill in the number of people in your household. | 4

Fill in the median family income for your state and size of household.................................................. | 13. | $110,000.00
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ☑ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.* Go to Part 3. DO NOT fill out or file Official Form 122A-2.

14b. ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.* Go to Part 3 and fill out Form 122A–2.

---

**Part 3:** Sign Below

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

**X** /s/ Francis J. Robinson

Signature of Debtor 1

**X** /s/ Renita L. Priestley

Signature of Debtor 2

Date    **01/16/2020**
MM/DD/YYYY

Date    **01/16/2020**
MM/DD/YYYY

If you checked line 14a, do NOT fill out or file Form 122A–2.

If you checked line 14b, fill out Form 122A–2 and file it with this form.

B2030 (Form 2030)(12/15)

# United States Bankruptcy Court
## Eastern District of Virginia

**In re**

Robinson, Francis J.                                          Case No. _____

Priestley, Renita L.                                          Chapter _____ **7**

**Debtor(s)**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept . . . . . . . . . . . . . . . . . . . . . . . . . | $2,185.00 |
   | Prior to the filing of this statement I have received . . . . . . . . . . . . . . . . . . | $1,885.00 |
   | Balance Due . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . | $300.00 |

2. The source of the compensation to be paid to me was:

   ☑ Debtor                    ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor                    ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

01/16/2020                              /s/ Robert R. Weed
_____        _____
*Date*                                   *Signature of Attorney*

Robert R. Weed
Bar Number: 24646
Law Offices Of Robert Weed
1376 Old Bridge Rd. Ste 101-4
Woodbridge, VA 22192
Phone: (703) 335-7793

Law Offices Of Robert Weed
_____
*Name of law firm*

Aaron Agency Inc
8668 Spring Mountain Rd
Las Vegas, NV 89117

ADS/Comenity/Victoria
POB 182789
Columbus, OH 43218

ADS/MyPointsRWD
POB 182120
Columbus, OH 43218

Affirm Inc
650 California Street Fl 12
San Francisco, CA 94108

American Express
PO Box 981537
El Paso, TX 79998

Apple Federal Credit Union
PO Box 1200
Fairfax, VA 22038

ASSET MGMT/NATIONWIDE
REC
545 INMAN ST
Cleveland, TN 37311

Avio Credit
POB 780408
Wichita, KS 67278

Cap 1/Saks
3455 Highway 80 W
Jackson, MS 39209

Cap 1/WMT
POB 30285
Salt Lake City, UT 84130

Capital One
PO Box 30285
Salt Lake City, UT 84130

Comcast
PO Box 3001
Southeastern, PA 19398

Discover Fincl Svc LLC
PO BOX 15316
Wilmington, DE 19850-5316

Elastic/Republic Bank & Trust
Company
PO Box 950276
Louisville, KY 40295

Enerbank USA
1245 E. Brickyard Rd Ste 600
Salt Lake City, UT 84106

Global Lending
5 Concourse Pkwy NE 2925
Atlanta, GA 30328

Daezon Harris
5844 Riverside Dr.
Woodbridge, VA 22193

Claudine Haywood
50 Humphrey St
New Haven, CT 06513

Inova
PO Box 37013
Baltimore, MD 21297

Loancare Servicing Ctr
3637 Sentara Way Ste 303
Virginia Beach, VA 23452

Motion Motor Cars Inc
17273 Jefferson Davis Hwy
Dumfries, VA 22026

One Main
PO Box 1010
Evansville, IN 47706

Opp Loans
130 E Randolph St STE 1650
Chicago, IL 60601

PHEAA/FED LOAN SERV
PO Box 60610
Harrisburg, PA 17106-0610

PREMIER BKCRD/FIRST
PREMIER
601 S MINNESOTA AVE
Sioux Falls, SD 57104


Prince William County
PO Box 2467
Woodbridge , VA


Regional Acceptance
Corporation
1424 East Fire Tower Rd.
Greenville, NC 27858


Sheridan Anesthesia
2280 Opitz Blvd
Woodbridge, VA 22191


Southwest Credit Systems
4120 International Pkwy 1100
Carrollton , TX


Suntrust Bank/GS Loan Svc
1797 N East Expwy NE
Atlanta, GA 30329


SYNCB/Amazon
PO Box 965015
Orlando, FL 32896


SYNCB/Ashley Homestores
PO BOX 965036
Orlando, FL 32896

SYNCB/Car Care Napa Easy
POB 965036
Orlando, FL 32896


SYNCB/Lowes
PO Box 965005
Orlando, FL 32896


SYNCB/Old Navy
PO Box 965005
Orlando, FL 32896


SYNCB/Sams Club
PO Box 965005
Orlando, FL 32896


SYNCB/TJX Co
PO Box 965015
Orlando, FL 32896


Thomas R. Breeden, PC
10326 Lomond Dr
Manassas, VA 20109


Tower Federal Credit Union
7901 Sandy Spring Rd
Laurel, MD 20707


Tower Federal CU
7901 Sandy Spring Rd
Laurel, MD 20707

United Auto Credit
1071 Camelback St. Suite 100
Newport Beach, CA 92660

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
**ALEXANDRIA DIVISION**

IN RE: **Robinson, Francis J.**                                    CASE NO
       **Priestley, Renita L.**

                                                   CHAPTER **7**

### VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _____01/16/2020_____      Signature _____/s/ Francis J. Robinson_____
                                                     Francis J. Robinson, Debtor

Date _____01/16/2020_____      Signature _____/s/ Renita L. Priestley_____
                                                   Renita L. Priestley, Joint Debtor

# Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

---

**This notice is for you if:**

- **You are an individual filing for bankruptcy, and**

- **Your debts are primarily consumer debts.**
  *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

## The types of bankruptcy that are available to individuals

Individuals who meet the qualifications may file under one of four different chapters of the Bankruptcy Code:

- Chapter 7  — Liquidation

- Chapter 11— Reorganization

- Chapter 12— Voluntary repayment plan for family farmers or fishermen

- Chapter 13— Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

---

### Chapter 7:   Liquidation

|   |        |                     |
|---|--------|---------------------|
|   | $245   | filing fee          |
|   | $75    | administrative fee  |
| + | $15    | trustee surcharge   |
|   | $335   | total fee           |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non- exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

- most taxes;
- most student loans;
- most domestic support and property settlement obligations;

- most fines, penalties, forfeitures, and criminal restitution obligations; and
- certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

- fraud or theft;
- fraud or defalcation while acting in breach of fiduciary capacity;
- intentional injuries that you inflicted; and
- death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test* —deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

|   | | |
|---|---:|---|
| | $1,167 | filing fee |
| + | $550 | administrative fee |
| | $1,717 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

## Read These Important Warnings

**Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.**

**Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.**

**You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.**

**Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Chapter 12: Repayment plan for family farmers or fishermen

|       | $200 | filing fee         |
| ----- | ---- | ------------------ |
| +     | $75  | administrative fee |
|       | $275 | total fee          |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

## Chapter 13: Repayment plan for individuals with regular income

|       | $235 | filing fee         |
| ----- | ---- | ------------------ |
| +     | $75  | administrative fee |
|       | $310 | total fee          |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

- domestic support obligations,
- most student loans,
- certain taxes,
- debts for fraud or theft,
- debts for fraud or defalcation while acting in a fiduciary capacity,
- most criminal fines and restitution obligations,
- certain debts that are not listed in your bankruptcy papers,
- certain debts for acts that caused death or personal injury, and
- certain long-term secured debts

## Warning: File Your Forms on Time

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to: http://www.uscourts.gov/bkforms /bankruptcy_form s.html#procedure.

## Bankruptcy crimes have serious consequences

- If you knowingly and fraudulently conceal
  assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.
- All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting
  through the Office of the U.S. Trustee, the
  Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

## Make sure the court has your mailing address

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case.* If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

## Understand which services you could receive from credit counseling agencies

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days **before** you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://justice.gov/ust/eo/hapcpa /ccde/cc_approved.html.

In Alabama and North Carolina, go to: http://www.uscourts.gov/FederalCourts /Bankruptcy/ BankruptcyResources/ApprovedCredit AndDebtCounselors.aspx.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.